**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**JOHN W. HARDY**                                                                                **PLAINTIFF**

**v.**                                                      **No. 2:06CV81-P-A**

**CITY OF SENATOBIA, MISSISSIPPI, ET AL.**                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the defendant's motion [28] for summary judgment is hereby **GRANTED**, and judgment is hereby **ENTERED** for the defendants.

**SO ORDERED,** this the 1st day of November, 2007.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE