IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOHN W. HARDY                                                                                    PLAINTIFF

v.                                                                                          No. 2:06CV81-P-A

CITY OF SENATOBIA, MISSISSIPPI, ET AL.                                          DEFENDANTS

## ORDER DENYING MOTION TO
## SHOW SATISFIED JUDGMENT

This matter comes before the court on the *pro se* plaintiff's motion [45] to show satisfied judgment. Although it was not clear upon the court's first reading, the plaintiff argues in his motion that the court's May 17, 2007, order [24] granting the defendants' motion [10] to dismiss terminated all of the plaintiff's claims against all parties. As such, the plaintiff argues that the court was without jurisdiction to entertain the defendant's motion [28] for summary judgment. The plaintiff is simply mistaken about the operation of the court's order [24] granting the defendants' motion to dismiss, which left the City of Senatobia as a defendant in the case. As the factual predicate for the plaintiff's motion is inaccurate, the plaintiff's motion is hereby **DENIED.**

**SO ORDERED,** this the 3rd day of March, 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE